UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUO VADIS, INC. PROFIT SHARING TRUST

Plaintiff,

-v-

WILLIAM F. SCHIEBEL

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

QUO VADIS, INC. PROFIT SHARING TRUST    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**None**

Date: May 1, 2008

Signature of Attorney

Attorney Bar Code: MR 4545

Form Rule7_1.pdf  SDNY Web 10/2007