INDEX NO. L & T:                                              COURT DATE:

COUNTY      PART:    ROOM:    TIME:

Attorneys: Roberts and Roberts, Esq. Ph: 212-226-4925
Address: 401 Broadway, Suite 1902    New York, NY 10013     File No.:

QUO VADIS, INC. PROFIT SHARING TRUST        Petitioner
-against-
WILLIAM F. SCHIEBEL        Respondent

STATE OF MAINE, COUNTY OF YORK, ss.

Dep David Tibbetts being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of Maine. That on May 14th, 2008 at: 7:30 a.m./p.m. deponent served the within SUMMONS AND COMPLAINT on WILLIAM F. SCHIEBEL, Respondent therein named at 19 River Oaks Rd. Kennebunk Me 04043

**#1 INDIVIDUAL** [X]
Deponent served the legal paper(s) noted above at the above address by delivering a true copy of each to said respondent personally. Deponent knew the person so served to be the person described as said Respondent above. ☐ (S)He identified (her) him as such.

**#2 CORPORATION** ☐
By delivering a true copy thereof personally to _____ deponent knew said corporation so served to be the corporation so served to be the corporation described therein as tenant and knew said individual to be the _____ thereof.

**#3 AFFIXING TO DOOR** ☐
The respondent(s) were served by affixing separate true copies for each respondent, to the door of the premises sought to be recovered. At the time of said service, deponent rang the bell and/or knocked on the door but received no reply. After reasonable application, deponent was unable to find the aforementioned respondent(s) or a person of suitable age and discretion who was willing to accept service at the above address, having previously called there:

**#4 SUITABLE AGE PERSON** ☐
By gaining admittance to said property and delivering to and leaving with _____ a true copy thereof for each and every Respondent personally who is a person of suitable age and discretion, who resides or is employed at the premises sought to be recovered.

**#5 DESCRIPTION** ☐ (use with #1, 2 or 4)
Sex: M    Skin: fair    Hair: white    Age: 60s    Height: 6'    Weight: 230
Other identifying features: _____

**MAILING** ☐
That on _____ I mailed true copies of the SUMMONS and COMPLAINT by CERTIFIED and REGULAR MAIL from PORTLAND, MAINE in separate postpaid sealed envelopes (marked personal & confidential addressed to each respondent at the premises sought to be recovered at: _____ and deposited these envelopes with a U.S. Postal Clerk within the State of Maine.

Sworn to before me on MAY 14, 2008

_____         By: Dep David Tibbetts
Notary Public / Attorney at Law          York County Sheriff's Office

MICHAEL J. COTE
Notary Public, Maine
My Commission Expires March 20, [illegible]