AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *May 14th 2008* |
| NAME OF SERVER (PRINT) *David Tebbetts* | TITLE *Civil Dep - Y.C.S.D -* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/14/08_____        *Dep t David Tebbetts*
                    Date                Signature of Server

_____
Alfred, Me 04002
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX NO. L & T:                                                    COURT DATE:

COUNTY     PART: ROOM:  TIME:

Attorneys:   Roberts and Roberts, Esq. Ph: 212-226-4925
Address:     401 Broadway, Suite 1902   New York, NY  10013          File No.:

---

QUO VADIS, INC. PROFIT SHARING TRUST                    Petitioner
-against-
WILLIAM F. SCHIEBEL                                      Respondent

---

STATE OF MAINE, COUNTY OF YORK, ss.

_Dep David Tebbetts_ being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of Maine. That on _May 14th 2008_ at: _7:30_ a.m./p.m. deponent served the within SUMMONS AND COMPLAINT on WILLIAM F. SCHIEBEL, Respondent therein named at _A River Lock Rd. Kennebunk Me 04043_

**#1 INDIVIDUAL** ☑
Deponent served the legal paper(s) noted above at the above address by delivering a true copy of each to said respondent personally. Deponent knew the person so served to be the person described as said Respondent above.  ☐ (S)He identified (her) him as such.

**#2 CORPORATION** ☐
By delivering a true copy thereof personally to _____
deponent knew said corporation so served to be the corporation so served to be the corporation described therein as tenant and knew said individual to be the _____ thereof.

**#3 AFFIXING TO DOOR** ☐
The respondent(s) were served by affixing separate true copies for each respondent, to the door of the premises sought to be recovered.  At the time of said service, deponent rang the bell and/or knocked on the door but received no reply.  After reasonable application, deponent was unable to find the aforementioned respondent(s) or a person of suitable age and discretion who was willing to accept service at the above address, having previously called there: _____

**#4 SUITABLE AGE PERSON** ☐
By gaining admittance to said property and delivering to and leaving with _____ _____ a true copy thereof for each and every Respondent personally who is a person of suitable age and discretion, who resides or is employed at the premises sought to be recovered.

**#5 DESCRIPTION** ☐
(use with #1, 2 or 4)
Sex: _M_  Skin: _fair_  Hair: _White_  Age: _60s_  Height: _6'_  Weight: _230_
Other identifying features: _____

**MAILING** ☐
That on _____ I mailed true copies of the SUMMONS and COMPLAINT by CERTIFIED and REGULAR MAIL from PORTLAND, MAINE in separate postpaid sealed envelopes (marked personal & confidential addressed to each respondent at the premises sought to be recovered at: _____
and deposited these envelopes with a U.S. Postal Clerk within the State of Maine.

Sworn to before me on _MAY 14,_ , 2008

_Michael Just_                              By: _Dep David Tebbetts_
Notary Public / Attorney at Law            York County Sheriff's Office

MICHAEL J. COTE
Notary Public, Maine
My Commission Expires March 20, ____