TOMPKINS, CLOUGH, HIRSHON & LANGER
COUNSELORS AT LAW
Three Canal Plaza
Post Office Box 15060
Portland, Maine 04112-5060

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

Lawrence R. Clough
David M. Hirshon
Leonard W. Langer
Marshall J. Tinkle*

Tel (207) 874-6700
Fax (207) 874-6705
E-Mail mjtinkle@tchl.com
*also licensed in MA, NH and DC

# MEMO ENDORSED

June 9, 2008
*Via first class mail and facsimile*
*(212) 805-6717*

Hon. Richard M. Berman
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl St.
New York NY 10007

JUN 09 2008

Re: *Quo Vadis Inc. v. William F. Schiebel*
Docket No. 08 CV 4259 (RMB)

Dear Judge Berman:

This office represents William F. Schiebel and received on June 6th a copy of Plaintiff's Summons and Complaint against Mr. Schiebel. Undersigned counsel has obtained concurrence from Plaintiff's counsel for an extension of the response deadline to June 19th and to adjourn tomorrow's pre-trial conference to a date following Mr. Schiebel's response deadline. Our legal assistant contacted the Court this morning and was advised to fax a letter to the Court explaining counsels' agreement and requesting a formal adjournment of tomorrow's conference.

Thank you for your kind consideration.

Sincerely,

Marshall J. Tinkle, Esq.

MJT:kb

cc: William Schiebel
Michael Roberts, Esq.
(212) 274-0109

Application granted. Conference adjourned to 6/25/08 at 9:00 a.m.

SO ORDERED:
Date: 6/25/08
Richard M. Berman, U.S.D.J.