USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

IRA DANIEL TOKAYER
ATTORNEY AT LAW
42 WEST 38TH STREET
SUITE 802
NEW YORK, NEW YORK 10018

TEL: (212) 695-5250
FAX: (212) 695-5450

**MEMO ENDORSED**

June 24, 2008

*Application granted. Conference adjourned to 7/16/08 at 9:30 a.m.*

SO ORDERED:
Date: 6/24/08
Richard M. Berman, U.S.D.J.

BY FAX
Hon. Richard M. Berman
United States District Judge
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

Re:   Quo Vadis, Inc v. Schiebel, 08 CV 4259 (RMB)

Hon. Judge Berman:

   I am the attorney for the defendant, William F. Schiebel, a resident of the State of Maine, having just been retained as local counsel. On June 19, 2008, I interposed an answer. Yesterday, I first became aware of a pre-trial conference before Your Honor scheduled for June 25, 2008, at 9 a.m.

   I write to request a short adjournment of the conference to July 16, 2008, or some other date convenient to the court, due to a prior commitment in connection with a case before Judge Baer entitled Cerveceria Modelo, S.A. de C.V., et ano. v. USPA Accessories LLC, d/b/a Concept One Accessories, bearing Index No. 07 CV 7998. I have conferred with plaintiff's counsel who has consented to this request. The additional time will also provide counsel with ample opportunity to confer concerning a proposed Case Management Plan which has just been faxed to my offices by chambers.

Very truly yours,

Ira Daniel Tokayer

cc:  Michael Roberts, Esq.

Court Ltr 01.wpd