UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
QUO VADIS, INC. PROFIT SHARING TRUST,    :

                              Plaintiff    :    08 Civ. 4259 (RMB)

          - against -    :    **ADMINISTRATIVE ORDER**

SCHIEBEL,    :

                            Defendant.    :
------------------------------------------------------------x

      The parties are hereby directed to submit a joint proposed case management plan to the Court no later than 5:00 p.m. on July 15, 2008 and to jointly report to the Court on the status of the above-entitled action by phone (in lieu of appearing in person) on July 16, 2008 at 9:30 a.m.

      The Court will establish a conference call by calling the parties shortly before 9:30 a.m. The parties are directed to provide the Court with updated phone numbers for counsel by Tuesday, July 15, 2008 (noon).

**SO ORDERED.**

Dated: New York, New York
       July 14, 2008

                                                  _RMB_____
                                                 Richard M. Berman, U.S.D.J.