USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Quo Vadis, Inc. Profit Sharing Trust
          Plaintiff(s),

- v -

William Schiebel
          Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08 CV. 4259 (RMB)

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)     Amend the pleadings by _____

(iii)     All discovery to be **expeditiously** completed by **October 24, 2008**

(iv)     Consent to Proceed before Magistrate Judge _____

(v)     Status of settlement discussions **ongoing**

**Sections vi through xi will be set at conference with the Court.**

(vi)     Motions _____

(vii)     Oral Argument _____

(viii)     Joint Pre-Trial Order to be submitted by _____

(ix)     Final Pre-Trial Conference _____

(x)     Trial _____

(xi)     Other **Settlement conference with principals on October 28, 2008 at 9:30 a.m.**

SO ORDERED: New York, New York
                 7/16/08

RMB
_____
Hon. Richard M. Berman, U.S.D.J.