UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
QUO VADIS, INC. PROFIT SHARING TRUST

                Plaintiff,

    -against-

WILLIAM SCHIEBEL,

                Defendant.
------------------------------------------------------------x

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

08 CIVIL 4259 (RMB) (AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All Such Motions: _____ |
| _____ | Inquest After Default/Damages Hearing | | |

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       July 16, 2008

_RMB_____
RICHARD M. BERMAN, U.S.D.J.