UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/18/08

------------------------------------- x

QUO VADIS, INC. PROFIT SHARING TRUST, :

        Plaintiff, :

   -against- :

WILLIAM SCHIEBEL, :

        Defendant. :

------------------------------------- x

08 Civ. 4259 (RMB) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a status conference is scheduled for July 24, 2008 at 2:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
          July 18, 2008

                               Andrew J. Peck
                               United States Magistrate Judge

Copies **by fax & ECF** to:    Michael J. Roberts, Esq.
                             Ira Daniel Tokayer, Esq.
                             Judge Richard M. Berman

C:\ORD\Order Scheduling Status Conference