UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

QUO VADIS, INC. PROFIT SHARING     : Index No. 08CV4259 (RMB)
TRUST,
                                   :
              Plaintiff,
                                   :
      - against -
                                   : MOTION TO ADMIT
                                   : <u>COUNSEL PRO HAC VICE</u>

WILLIAM SCHIEBEL,                  :

              Defendant.           :

------------------------------------x

  PLEASE TAKE NOTICE that Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ira Tokayer, a member in good standing of the bar of this court hereby moves for an Order allowing the admission pro hac vice of:

    David M. Hirshon and Marshall J. Tinkle
    Tompkins, Clough, Hirshon and Langer, P.A.
    3 Canal Plaza
    P.O.B. 15060
    Portland, Maine 04112
    Phone: 207-874-6700
    Fax: 207-874-6705
    Email: dhirshon@tchl.com
       mjtinkle@tchl.com

  David M. Hirshon and Marshall J. Tinkle are members in good standing of the Bar of the State of Maine.

  There are no pending disciplinary proceedings against David M. Hirshon or Marshall J. Tinkle in any state or federal Court.

Dated:  New York, New York
        August 5, 2008

_____
IRA DANIEL TOKAYER, ESQ.
Attorney for Defendant
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

MOT PRO HAC VICE 02 - NOT.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

QUO VADIS, INC. PROFIT SHARING  : Index No. 08CV4259 (RMB)
TRUST,
                                :
           Plaintiff,
                                :
      - against -                  AFFIDAVIT IN SUPPORT OF
                                :  MOTION TO ADMIT COUNSEL
                                   PRO HAC VICE
WILLIAM SCHIEBEL,               :

           Defendant.           :

------------------------------------x

      IRA DANIEL TOKAYER, an attorney admitted to practice law in the State of New York, under penalty of perjury, affirms and says:

      1. I am the attorney for the defendant William Schiebel in the above-captioned action. I submit this Affidavit in support of defendant's motion to admit David M. Hirshon and Marshall J. Tinkle as counsel pro hac vice to represent defendant in this matter. I am familiar with the matter set forth herein.

      2. I am a member in good standing of the bar of the State of New York, having been admitted to practice law in this State in 1985. I am also currently admitted to practice in the United States District Court for the Southern District of New York and am in good standing with this court.

      3. David M. Hirshon and Marshall J. Tinkle are partners at the law firm of Tompkins, Clough, Hirshon and Langer, P.A., 3 Canal Plaza, P.O.B. 15060, Portland, Maine 04112. I have

found attorneys Hirshon and Tinkle to be skilled attorneys and persons of integrity. They are experienced in federal practice and are familiar with the Federal Rules of Procedure.

4. David M. Hirshon and Marshall J. Tinkle are members in good standing of the Bar of the State of Maine (as demonstrated by the attached certificates) and there are no disciplinary proceedings pending against them in any state or federal Court.

5. Accordingly, I am pleased to move for the admissions of David M. Hirshon and Marshall J. Tinkle, pro hac vice.

6. I respectfully submit a proposed order granting the admissions of David M. Hirshon and Marshall J. Tinkle pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit David M. Hirshon and Marshall J. Tinkle, pro hac vice, to represent defendant in the above-captioned action be granted.

Dated: New York, New York
August 5, 2008

                                                 _____
IRA DANIEL TOKAYER, ESQ.
Attorney for Defendant
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

MOT PRO HAC VICE 02 - AFF.wpd

STATE OF MAINE

_____KNOX_____, SS                    SUPREME JUDICIAL COURT

I, \_\_\_PENNY H RECKARDS\_\_\_, CLERK OF ALL THE JUDICIAL COURTS WITHIN THE COUNTY OF \_\_\_KNOX\_\_\_, HEREBY CERTIFY THAT ON THE 6th DAY OF OCTOBER A.D., 1983, IN THE SUPREME JUDICIAL COURT HOLDEN AT \_\_\_ROCKLAND\_\_\_, WITHIN AND FOR THE COUNTY OF \_\_\_KNOX\_\_\_ AND STATE OF MAINE, SAID COURT BEING THE HIGHEST COURT OF RECORD IN SAID STATE:

\_\_\_MARSHALL J TINKLE\_\_\_ OF \_\_\_PORTLAND ME\_\_\_ BEING FOUND DULY QUALIFIED IN THAT BEHALF, HAVING TAKEN AND SUBSCRIBED THE OATH REQUIRED BY LAW, WAS ADMITTED TO PRACTICE AS AN ATTORNEY, AND BY VIRTUE THEREOF AS A COUNSELLOR AT LAW IN ALL THE COURTS OF SAID STATE OF MAINE, AND IS NOW A RECOGNIZED ATTORNEY AND COUNSELLOR AT LAW IN SAID COURTS, IN GOOD STANDING.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COURT, THIS 28th DAY OF \_\_\_JULY\_\_\_ IN THE YEAR OF OUR LORD TWO THOUSAND AND \_\_\_EIGHTH\_\_\_.

\_\_\_\_*Penny H Reckards*\_\_\_\_, CLERK

PENNY H RECKARDS

STATE OF MAINE

Cumberland _____, SS                SUPREME JUDICIAL COURT

I, Gail L. Merritt, Adm. CLERK OF ALL THE JUDICIAL COURTS WITHIN THE COUNTY OF Cumberland, HEREBY CERTIFY THAT ON THE 28th DAY OF Sept. A.D. 1977, IN THE SUPREME JUDICIAL COURT HOLDEN AT Portland, WITHIN AND FOR THE COUNTY OF Cumberland AND STATE OF MAINE, SAID COURT BEING THE HIGHEST COURT OF RECORD IN SAID STATE:

David Mark Hirshon OF Portland, Maine BEING FOUND DULY QUALIFIED IN THAT BEHALF, HAVING TAKEN AND SUBSCRIBED THE OATH REQUIRED BY LAW, WAS ADMITTED TO PRACTICE AS AN ATTORNEY, AND BY VIRTUE THEREOF AS A COUNSELLOR AT LAW IN ALL THE COURTS OF SAID STATE OF MAINE, AND IS NOW A RECOGNIZED ATTORNEY AND COUNSELLOR AT LAW IN SAID COURTS, IN GOOD STANDING.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COURT, THIS 28th DAY OF July IN THE YEAR OF OUR LORD TWO THOUSAND AND eight

Gail L. Merritt, Adm., CLERK

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

QUO VADIS, INC. PROFIT SHARING      :   Index No. 08CV4259 (RMB)
TRUST,
                                    :
              Plaintiff,
                                    :
       - against -                      ORDER FOR ADMISSION
                                    :   PRO HAC VICE

WILLIAM SCHIEBEL,                   :

              Defendant.            :

----------------------------------x
```

Upon the motion of Ira Daniel Tokayer, Esq., attorney for defendant, and said sponsor attorney's affidavit in support,

IT IS HEREBY ORDERED that:

```
David M. Hirshon and Marshall J. Tinkle
Tompkins, Clough, Hirshon and Langer, P.A.
3 Canal Plaza
P.O.B. 15060
Portland, Maine 04112.
Phone: 207-874-6700
Fax: 207-874-6705
Email: dhirshon@tchl.com
       mjtinkle@tchl.com
```

are admitted to practice pro hac vice as counsel for defendant in the above captioned cause in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has already forwarded the pro hac

vice fee to the Clerk of the Court.

Dated: New York, New York
       August __, 2008

                                        _____
                                        United States District Judge

## AFFIRMATION OF SERVICE

IRA DANIEL TOKAYER, ESQ., an attorney duly admitted to practice law in the State of New York, under penalty of perjury, affirms as follows:

On August 6, 2008, I served the within NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE by delivery a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Post Office, addressed to the following, at the address set forth below:

Michael J. Roberts, Esq.
Roberts & Roberts
401 Broadway
New York, NY 10013

Dated: New York, New York
       August 5, 2008

_____
IRA DANIEL TOKAYER