USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___8/8/08___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

QUO VADIS, INC. PROFIT SHARING       :    Index No. 08CV4259 (RMB)(AJP)
TRUST,

                                     :

                Plaintiff,

                                     :

        - against -                       ORDER FOR ADMISSION
                                     :    PRO HAC VICE

WILLIAM SCHIEBEL,                    :

                Defendant.           :

------------------------------------x

            Upon the motion of Ira Daniel Tokayer, Esq., attorney

for defendant, and said sponsor attorney's affidavit in support,

        IT IS HEREBY ORDERED that:

        David M. Hirshon and Marshall J. Tinkle
        Tompkins, Clough, Hirshon and Langer, P.A.
        3 Canal Plaza
        P.O.B. 15060
        Portland, Maine 04112.
        Phone: 207-874-6700
        Fax: 207-874-6705
        Email: dhirshon@tchl.com
               mjtinkle@tchl.com

are admitted to practice pro hac vice as counsel for defendant in

the above captioned cause in the United States District Court for

the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of the Court,

including the Rules governing discipline of attorneys.  ~~If~~ this 

action is assigned to the Electronic Case Filing (ECF) system,

Counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel has already forwarded the pro hac

vice fee to the Clerk of the Court.

Dated: New York, New York
      August 8, 2008

United States District Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

**BY FAX**