```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
QUO VADIS, INC. PROFIT SHARING TRUST,

       Plaintiff

  - against -

WILLIAM F. SCHIEBEL,

       Defendant.
------------------------------------------------------------x

08 Civ. 4259 (RMB)

**ADMINISTRATIVE ORDER**

  The parties are hereby directed to appear before the Court for a status/settlement conference on June 24, 2009 at 9:00 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
    June 17, 2009

                 _/s/ RMB_____
                 Richard M. Berman, U.S.D.J.